BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0025 |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS INDICTMENT & ORDER THEREON |
| KHIN "KENNY" UNG, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing the Superseding Indictment in this case against defendant Khin "Kenny" Ung only.  The government has decided not to retry the defendant following the jury's inability to reach a unanimous verdict.

DATED: January 04, 2012

                                           BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Heiko P. Coppola
                                         HEIKO P. COPPOLA
                                         Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> KHIN "KENNY" UNG,                 )<br>                                   )<br>            Defendant.             )<br>                                   )<br>                                   ) | CASE NO. 2:07-CR-0025<br><br>        ORDER |

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Superseding Indictment against defendant Khin "Kenny" Ung only in the above-captioned action is hereby dismissed.

DATED: January 4, 2012

                                    /s/ Edward J. Garcia
                                    U.S. District Judge

2