GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for KHIN "KENNY" UNG

FILED
SEP 18 2011 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> KHIN "KENNY" UNG, <br> Defendant. | CR. NO. 2:07-CR-025-EJG <br><br> REQUEST AND ~~PROPOSED~~ ORDER TO RELEASE PASSPORT |

On or about January 4, 2012, by order of this Court, the Indictment against Defendant Khin "Kenny" Ung was dismissed. In order to secure his pretrial release, Khin Ung had to surrender his passport to the Clerk of the Court through Pretrial Services. It is respectfully requested that the Court issue an order that the surrendered passport be released back to Khin Ung.

Respectfully submitted,

DATED: September 11, 2012
/s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
KHIN "KENNY" UNG, Defendant

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court release the passport of Khin Ung and return it to him forthwith.

DATED: 9/18/12

_____
EDWARD J. GARCIA
United States District Judge